## UNITED STATES of America, Appellant, v. Dewey M. SHAFFER, Appellee.

Circuit Court of Appeals, Ninth Circuit.
April 29, 1935.

J. A. Carver, U. S. Atty., of Boise, Idaho.

Delana & Delana, of Boise, Idaho, for appellee.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of confession by appellee of error herein, and stipulation of counsel for respective parties for reversal of the judgment of the District Court and for remand of the cause for a new trial, and good cause therefor appearing, it is ordered that a judgment of reversal be filed and entered accordingly, and the mandate of this court issue forthwith.

## UNITED STATES v. Lester SHORT.
### No. 5446.

Circuit Court of Appeals, Seventh Circuit.
April 10, 1935.

Arthur Roe, of Vandalia, Ill., for the United States.

Frank C. Wade, of Terre Haute, Ind., for appellee.

Before SPARKS, FITZHENRY, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.

## UNITED STATES of America, Appellant, v. Florence TEAGUE, Executrix, etc., et al.
### No. 10315.

Circuit Court of Appeals, Eighth Circuit.
April 5, 1935.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., for the United States.

Goldman & Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.

## UNITED STATES of America, Appellant, v. Carl E. VAN HOOREBEKE, Administrator, etc., et al.
### No. 10314.

Circuit Court of Appeals, Eighth Circuit.
April 5, 1935.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo.

Goldman & Daley, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.